IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Handspike, Ethel J

Printed: 10/23/07

Case Number: 07 B 06825
Judge: Goldgar, A. Benjamin
Filed: 4/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 28, 2007
Confirmed: June 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,502.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,354.00 |
| Trustee Fee: |  | 134.37 |
| Other Funds: |  | 1,013.63 |
| Totals: | 3,502.00 | 3,502.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,354.00 | 2,354.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 21,496.96 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 2,266.38 | 0.00 |
| 5. | Nuvell Credit Company LLC | Unsecured | 7,336.62 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 253.01 | 0.00 |
| 7. | Timothy K Liou | Unsecured | 82.30 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 2,767.59 | 0.00 |
| 9. | Evergreen Emergency Service | Unsecured | 426.07 | 0.00 |
| 10. | Comcast | Unsecured |  | No Claim Filed |
| 11. | TCF Bank | Unsecured |  | No Claim Filed |
| 12. | Cellular One | Unsecured |  | No Claim Filed |
| 13. | Windy City Emergency Physicians | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,982.93 | $ 2,354.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 134.37 |
|  | $ 134.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Handspike, Ethel J | Case Number:  07 B 06825 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/23/07 | Filed:  4/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)